IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DONALD W. KENNEDY** and
**MARTHA JEAN KENNEDY**,

and

**STEPHEN SCOTT** and
**PAMELA SCOTT**,

        Plaintiffs,

v.                                        **Civil Action Nos. 5:22-CV-1 & 3**
                                             Judge Bailey

**SWN PRODUCTION COMPANY, LLC**,

        Defendant.

## ORDER DISMISSING CASE

Inasmuch as the parties have advised this Court that the above-styled case reached a settlement agreement, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days. The trial currently scheduled for **July 25, 2023, at 9:00 a.m.** is hereby **CANCELED**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: July 24, 2023.

_____<br>
JOHN PRESTON BAILEY<br>
UNITED STATES DISTRICT JUDGE